# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| WILLINE SMITH, | § § § | |
| Plaintiff, | § § | Civil Action No.: 1:24-CV-00010-MLB-LTW |
| vs. | § § § | |
| AMERICAN COACH LINES OF ATLANTA, INC., | § § § § | |
| Defendant. | § | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 3.3, Defendant, American Coach Lines of Atlanta, Inc. ("ACLA"), hereby certifies that:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% of more of the stock of a party or proposed intervenor:

   a. ACLA it is a privately held Texas corporation and a wholly-owned subsidiary of Coach USA, Inc., a privately held Delaware corporation held by Coach USA Administration Inc., a privately held Delaware corporation.

b. No publicly held corporation owns 10% of more of ACLA's stock.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

    a. K&L Gates, LLP (attorneys for Defendant ACLA);

    b. ACLA (Defendant);

    c. Coach USA, Inc. (parent company of ACLA);

    d. Coach USA Administration Inc. (parent company of Coach USA, Inc.);

    e. The Kirby G. Smith Law Firm, LLC (attorneys for Plaintiff).

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

    a. Nathan Huff, K&L Gates LLP (attorney for Defendant ACLA);

    b. Kirby Smith, The Kirby G. Smith Law Firm, LLC (attorney for Plaintiff);

    c. Rachel Becker Canfield, The Kirby G. Smith Law Firm, LLC (attorney for Plaintiff).

(4) The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

    a. ACLA is a Texas corporation, with its principal place of business located at 705 Lively Avenue, Norcross, GA, 30071, USA.

Respectfully submitted this 25th day of March, 2024.

/s/*Nathan Huff*
Nathan Huff (Bar No. 275532)
K&L Gates LLP
430 Davis Drive, Suite 400
Morrisville, NC 27560
Tel.: (919) 314-5636
Fax: (919) 516-2045
Email: nate.huff@klgates.com

*Attorneys for Defendant*