# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| WILLINE SMITH, | § § § | |
| Plaintiff, | § § | Civil Action No.: |
| vs. | § § | 1:24-CV-00010-MLB-LTW |
| AMERICAN COACH LINES OF ATLANTA, INC., | § § § § | |
| Defendant. | § § | |

## CERTIFICATE OF SERVICE

I hereby certify on this 24th day of April, 2024, I have electronically filed the foregoing Initial Disclosures using the Court's ECF system, thereby satisfying service upon all counsel of record pursuant to F.R.C.P. 5.

                                                  THE KIRBY G. SMITH LAW FIRM, LLC

                                                  <u>s/Kirby G. Smith</u>
                                                  Kirby G. Smith
                                                  Georgia Bar No. 250119

4488 North Shallowford Road
Suite 105
Atlanta, GA  30338
Phone: 844-454-7529
Fax: 877-352-6253
kgs@kirbygsmith.com